UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PHILLIP TURNER § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 1:16-cv-1134-RP |
| OFFICER SHURLEY BADGE NO. 4895, § | |
| OFFICER SMITH BADGE NO. 6981, § | |
| OFFICER ROEDIGER BADGE NO. 6173, § | |
| and OFFICER TRIPP BADGE NO. 4765, § | |
| Defendants. § | |

## JOINT NOTICE OF SETTLEMENT

The Parties hereby give notice of settlement in principle to the Court and plan on filing an agreed motion to dismiss with prejudice upon completion of the settlement within thirty days.

Respectfully submitted,

| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| /s/ Kervyn B.Altaffer Jr. | ANNE L. MORGAN, CITY ATTORNEY |
| KERVYN B. ALTAFFER JR. | MEGHAN L. RILEY, CHIEF, LITIGATION |
| State Bar No. 01116575 | /s/ Afton Trevino |
| Altaffer & Chen PLLC | AFTON TREVINO |
| 4054 McKinney Ave Ste 310 | Assistant City Attorney |
| Dallas, TX 75204 | State Bar No. 24071159 |
| Tel: 972-234-3633 | City of Austin-Law Department |
| Fax: 972-947-3663 | Post Office Box 1546 |
| Email: kervyn@altafferlaw.com | Austin, Texas 78767-1546 |
| | (512)974-2282 |
| | (512)974-1311[FAX] |
| | afton.trevino@austintexas.gov |

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on the attorney of record for Defendants, Afton Trevino, Assistant City Attorney, via e-serve and via email on May 11, 2017.

/s/ Kervyn B.Altaffer Jr.