# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **PHILLIP TURNER** § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | |
| § | **CIVIL ACTION NO. 1:16-cv-1134-RP** |
| **OFFICER SHURLEY BADGE NO. 4895,** § | |
| **OFFICER SMITH BADGE NO. 6981,** § | |
| **OFFICER ROEDIGER BADGE NO. 6173,** § | |
| **and OFFICER TRIPP BADGE NO. 4765,** § | |
| **Defendants.** § | |

## ORDER GRANTING JOINT MOTION TO DISMISS

On this day came on to be heard the Joint Motion To Dismiss With Prejudice of Plaintiff Phillip Turner and Defendants, Officer Shurley, Officer Smith, Officer Roediger, and Officer Tripp. After considering the motion, the Court is of the opinion that the Joint Motion To Dismiss With Prejudice should be granted.

It is therefore, ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendants, Officer Shurley, Officer Smith, Officer Roediger, and Officer Tripp, are DISMISSED WITH PREJUDICE.

It is further ORDERED, ADJUDGED AND DECREED that all court costs and attorney fees shall be taxed to the party incurring same.

SIGNED this \_\_\_\_ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE